Elder Anibal FLORES–PASCUAL, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 12–72509.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2014.*

Filed Oct. 20, 2014.

Rosana Cheung, Law Office of Rosana Kit Wai Cheung, Los Angeles, CA, for Petitioner.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Leslie McKay, Esquire, Assistant Director, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, GOULD, and BERZON, Circuit Judges.

MEMORANDUM **

Elder Anibal Flores–Pascual, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the BIA's March 6, 2012 order dismissing Flores–Pascual's appeal from an immigration judge's decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture, because he did not file a petition for review of that order. *See Stone v. INS,* 514 U.S. 386, 405, 115 S.Ct. 1537, 131 L.Ed.2d 465 (1995); *Martinez–Serrano v. INS,* 94 F.3d 1256, 1258 (9th Cir.1996).

Flores–Pascual does not raise any arguments in his opening brief regarding the BIA's denial of his motion to reconsider. *See Martinez–Serrano,* 94 F.3d at 1259–60 (issues not supported by argument are deemed waived). Thus, we deny the petition for review.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**

Lindsay Corliss, Daniel Eric Goldman, Esquire, Senior Litigation Counsel, Eric Warren Marsteller, Esquire, Senior Litigation Counsel, Mona Maria Yousif, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, GOULD, and BERZON, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.